[Crim. No. 3424. First Dist., Div. Two. Dec. 2, 1958.]

THE PEOPLE, Respondent v. LAFAYETTE SMYRE, Appellant.

Benjamin M. Davis for Appellant.

Edmund G. Brown, Attorney General, Clarence A. Linn, Chief Assistant Attorney General, and Richard S. L. Roddis, Deputy Attorney General, for Respondent.

652

KAUFMAN, P. J.—For the reasons stated in *People* v. *Smyre*, 164 Cal.App.2d 218 [330 P.2d 489], the order denying appellant's motion for new trial herein is affirmed. ▆ The order denying the motion for arrest of judgment is a non-appealable order, and the purported appeal therefrom is dismissed.

Draper, J., concurred.